UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA BEECH, | No. 2:15-cv-00268-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION TO AMEND** |
| SAN JOAQUIN COUNTY, ET AL., | |
| Defendants. | |

This matter is before the Court pursuant to Plaintiff Melinda Beech's ("Plaintiff") Motion to Amend the Complaint. (ECF No. 14.) Defendants San Joaquin County and City of Stockton ("Defendants") have both respectively filed statements of non-opposition to Plaintiff's motion. (*See* ECF Nos. 15, 16.) After reviewing Plaintiff's briefing, the Court finds that granting Plaintiff leave to amend her complaint is in the best interest of justice. *See* Fed. R. Civ. P. 15(a) (requiring that leave to amend a complaint "be freely given if justice so requires.") Therefore, Plaintiff's motion (ECF No. 14) is GRANTED. Plaintiff is ordered to file an amended complaint with this Court within thirty (30) days of the entry of this order. Furthermore, Defendant City of Stockton's pending Motion to Dismiss (ECF No. 9) is hereby DENIED AS MOOT.

IT IS SO ORDERED.

Dated: August 19, 2016

Troy L. Nunley
United States District Judge