# UNITED STATES DISTRICT COURT

Eastern **District of** California

MELINDA BEECH
Plaintiff(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

V.

CITY OF STOCKTON POLICE OFFICERS
KRISTEN McCLURE, JOSHUA DEJONG
Defendant(s),

CASE NUMBER: 2:15-cv-00268-TLN-CKD

Notice is hereby given that, subject to approval by the court, __CHRISTOPHER PULLIAM__ substitutes
(Party (s) Name)

__MARK E. BERRY__, State Bar No. __155091__ as counsel of record in place
(Name of New Attorney)

place of __John M. Luebberke__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Mayall Hurley, P.C. |
| Address: | 2453 Grand Canal Blvd. |
| Telephone: | (209) 477-3833     Facsimile (209) 473-4818 |
| E-Mail (Optional): | mberry@mayallaw.com |

I consent to the above substitution.

Date: January 24, 2018

CHRISTOPHER PULLIAM
(Signature of Party (s))

I consent to being substituted.

Date: January 31, 2018

JOHN M. LUEBBERKE
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: February 28, 2018

/s/ MARK E. BERRY
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 14, 2018

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**