# UNITED STATES DISTRICT COURT

Eastern **District of** California

MELINDA BEECH
Plaintiff (s),

V.

CITY OF STOCKTON POLICE OFFICERS
KRISTEN McCLURE, JOSHUA DEJONG
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:15-cv-00268-TLN-CKD

Notice is hereby given that, subject to approval by the court, JOSHUA DeJONG (Party (s) Name) substitutes MARK E. BERRY (Name of New Attorney), State Bar No. 155091 as counsel of record in place of John M. Luebberke (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Mayall Hurley, P.C. |
| Address: | 2453 Grand Canal Blvd. |
| Telephone: | (209) 477-3833 Facsimile (209) 473-4818 |
| E-Mail (Optional): | mberry@mayallaw.com |

I consent to the above substitution.

Date: February 27, 2018

JOSHUA DeJONG
(Signature of Party (s))

I consent to being substituted.

Date: February 27, 2018

JOHN M. LUEBBERKE
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: February 28, 2018

/s/ MARK E. BERRY
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 14, 2018

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]